# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Civil Action No.  2:15-cv-01859-LDW-SIL

JOHN DOE subscriber assigned IP address 173.77.255.56,

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"), through his counsel, Ray Beckerman, Ray Beckerman, P.C.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP Address 173.77.255.56.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  October 21, 2015　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:    /s/ *Jacqueline M. James*
　　　　　　　　　　　　　　　　　　　　Jacqueline M. James, Esq.
　　　　　　　　　　　　　　　　　　　　jjameslaw@optonline.net
　　　　　　　　　　　　　　　　　　　　The James Law Firm PLLC
　　　　　　　　　　　　　　　　　　　　445 Hamilton Avenue
　　　　　　　　　　　　　　　　　　　　Suite 1102
　　　　　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　　　　　Telephone:  914-358-6423

Facsimile:  914-358-6424
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 21, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Jacqueline M. James*
Jacqueline M. James